# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

**MEMO ENDORSED**

December 4, 2023

**BY ECF**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023
```

Re:     Felix Castro v. E. Gluck Corporation – Case No. 1:23-cv-07847-PAE-KHP

To the Honorable Magistrate Judge Katharine H. Parker,

The Plaintiff submits this letter motion respectfully requesting that the initial conference currently scheduled for today December 4, 2023 at 2pm, pursuant to Your Honor's Order dated September 6, 2023, (Docket # 5), be either adjourned or in the alternative held telephonically. Plaintiff humbly apologizes for the lateness of this request but exigent circumstances necessitate this application.  Counsel for the Plaintiff, still recovering from covid pneumonia hospitalization earlier this year, was seen by a doctor on November 27, 2023 for illness related to the hospitalization.  Unfortunately, despite being treated with medication, the illness has progressively become worse and appearing in person today would be extraordinarily difficult. Documentation is available upon request.  Defendant filed a motion to dismiss on November 13, 2023 (Docket #10). The deadline to amend the complaint is today December 4, 2023, pursuant to Your Honor's Order dated November 14, 2023 (Docket # 14).  Plaintiff humbly requests that conference scheduled for today, December 4, 2023 be adjourned to a date convenient to the Court or in the alternative, that the initial conference be held telephonically. After corresponding with Defendant counsel, Richard Stern, of Stern and Schurin, LLP, the Defendant consents to Plaintiff's application that the conference be held telephonically but does not consent to the conference being adjourned. Defendant's counsel did not specifically state why they would not consent to the adjournment in an email on December 2, 2023. Plaintiff humbly apologizes for not strictly adhering to Your Honor's rules and individual practices by not filing this letter motion, two (2) business days prior to the scheduled conference date.  Plaintiff would have made this application sooner but for the exigent circumstances that have become increasingly worse over the last few days.   This is the first time this relief is being requested and with the consent of the Defendant solely in holding the conference telephonically but not for adjourning the conference.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

_/s/ Noor A. Saab, Esq._

**APPLICATION GRANTED:** The Initial Case Management Conference set for 12/4/2023 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, January 9, 2024 at 2:15 p.m.</u>

**APPLICATION GRANTED**

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

12/4/2023